UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHAWN M. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:15 CV 599 |
| MARIELENA DUERRING, *et al.* | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Shawn M. Davis, a *pro se* plaintiff, filed this complaint on December 14, 2015, against three defendants. He alleges that Public Defender Marielena Duerring provided him with ineffective assistance of counsel, that Police Officer Chadwick Goben illegally searched and arrested him, and that Prosecutor Michael A. Dvorak prosecuted him with false evidence. This is not the first time he has sued these three defendants based on these same claims: *Davis v. Duerring*, 3:15-CV-456 (N.D. Ind. filed October 1, 2015), raises the same claims against these same three defendants. It is unnecessary at best and malicious at worst to sue the same defendants in two separate lawsuits based on the same claims. Giving Davis the benefit of the doubt, this case will be dismissed as an inadvertently opened duplicate so that his claims can be adjudicated in his previously filed case.

For these reasons, this case is **DISMISSED**.

**SO ORDERED.**

Date: January 13, 2016

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT